1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD, IV, SBN 212970
2  **LAW OFFICES OF LYNN HUBBARD**
   12 WILLIAMSBURG LANE
3  CHICO, CA. 95926
   Phone: (530) 895-3252
4  Fax: (530) 894-8244

5  Attorneys for Plaintiff

6  LISA WEGNER, SBN 209917
   CALL, JENSEN & FERRELL
7  610 NEWPORT CENTER DRIVE, SUITE 700
   NEWPORT BEACH, CA  92660
8  Phone: (949) 717-3000
   Fax: (949) 717-3100
9
   Attorney for Defendant
10

11           THE UNITED STATES DISTRICT COURT

12           FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14

15 | JAMES SANFORD,                              ) Case No. CIV.S 05-1031 WBS GGH
16 |        Plaintiff,                          )
17 |    vs.                                      ) **JOINT STIPULATION TO EXTEND THE COURT ORDERED EXPERT DISCLOSURE (INCUDLING REBUTTAL) AND DISCOVERY CUT-OFF**
18 | CARL KARCHER ENTERPRISES, INC.              )
19 | dba CARL'S JR. #43; JOHN CARLOTTO;          )
20 |        Defendants.                          )

1  WHEREAS, the court issued a Status (Pretrial Scheduling) Order on August 2,
2  2005;
3  WHEREAS, defendants require the deposition of plaintiff to go forward prior to
4  conducting a Rule 34 site inspection;
5  WHEREAS, the deposition of plaintiff is currently set for September 29, 2005;
6  WHEREAS, the parties have agreed to conduct the Rule 34 site inspection on
7  October 6, 2005;
8  WHEREAS, the court set expert disclosure on November 1, 2005;
9  WHEREAS, plaintiff's expert is retained in the matter of *Doran v. Taco Bell*,
10  CIV.S 03-2081 MCE CMK, set for trial on October 19, 2005;
11  WHEREAS, plaintiff's expert is retained in the matter of *White v. Cinemark*,
12  CIV.S 04-0397 GEB CMK, set for trial on October 26, 2005;
13  WHEREAS, plaintiff's expert is retained in the matter of *Martinez v. Rite Aid*,
14  CIV.S 02-0745 MCE JFM, set for trial on November 2, 2005;
15  WHEREAS, the parties hereto agree that a thirty (30) day continuance for
16  plaintiff's expert to produce the report is appropriate.
17  IT IS HEREBY STIPULATED that the following dates be extended:
18  Expert disclosure from November 1, 2005 to December 1, 2005;
19  Rebuttal expert report from December 1, 2005 to December 30, 2005; and
20  Discovery cut-off from January 31, 2006 to March 2, 2006.
21  Dated: September 21, 2005                LAW OFFICES OF LYNN HUBBARD
22
23                                           /s/ Lynn Hubbard, III
                                             LYNN HUBBARD, III
24                                           Attorney for Plaintiff
25  Dated: September 21, 2005                CALL JENSEN & FERRELL
26
27                                           Signature On File
                                             LISA WEGNER, ESQ.
28                                           Attorney for Defendants

*Sanford v. Carl's Jr. #43* CIV.S 05-1031 WBS GGH
Joint Stipulation to Extend the Court Ordered Expert Disclosure and Discovery Cut-Off
2

# **ORDER**

IT IS SO ORDERED:

The expert disclosure will be continued from November 1, 2005 to December 1, 2005;

Rebuttal expert report cut-off will be continued from December 1, 2005 to December 30, 2005; and

The discovery cut-off will be continued from January 31, 2006 to March 2, 2006.

Dated:  September 21, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE